**In the United States District Court for the
Northern District of Illinois
Eastern Division**

| | | |
|---|---|---|
| SRAM Corporation, | ) | |
|     Plaintiff | ) | |
|     v. | ) | |
| AD-II Engineering, Inc., | ) | |
|     Defendant. | ) | Civil Action No. 00-CV-6675 |
| _____ | ) | Civil Action No. 01-CV-62 |
| | ) | (Consolidated) |
| AD-II Engineering, Inc., | ) | |
|     Plaintiff, | ) | Judge Robert W. Gettleman |
|     v. | ) | |
| SRAM Corporation, | ) | |
|     Defendant. | ) | |

**DEFENDANT AD-II ENGINEERING, INC.'S
MOTION FOR ENTRY OF FINAL JUDGMENT**

Defendant AD-II Engineering, Inc. ("AD-II") hereby moves for entry of final judgment in its favor based upon the decision of the United States Court of Appeals for the Federal Circuit. *SRAM Corp. v. AD-II Engineering, Inc.*, No. 2009-1170, 367 Fed.Appx. 150, 2010 WL 743885 (Fed. Cir. Feb. 26, 2010).  The Federal Circuit reversed this Court's December 16, 2008 order of final summary judgment of liability in favor of SRAM Corporation (for which SRAM, LLC has been substituted).  *See also* Exhibit A (first page of Federal Circuit Judgment in appeal No. 2009-1170).

In this Court's Order of December 16, 2008 (Ex. B), this Court "stay[ed] the issue of an accounting (including assessment of damages and willful infringement) until the appeal of the summary judgment order of liability is concluded." See also the minute entry of the same date (Ex. C) ("The Court stays the issue of an accounting until the appeal of the summary judgment order of liability is concluded").

2

Based upon the Federal Circuit's decision, final judgment should now be entered in favor of AD-II Engineering, Inc., and against SRAM, LLC. AD-II submits a proposed form of the Final Judgment (Ex. D).

Counsel for AD-II contacted counsel for SRAM, LLC concerning this motion and proposed Final Judgment but has not received a response.

Dated: August 2, 2010

/s/ James T. Malysiak
James T. Malysiak
Richard P. Campbell
**Jenner & Block LLP**
353 N. Clark Street
Chicago, Illinois 60654-3456
Telephone: 312-923-2813
Facsimile: 312-923-2913

Michael T. Brady
**Miller & Chevalier Chartered**
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
Telephone: (202) 626-5800
Facsimile: (202) 628-0858

**Attorneys for AD-II Engineering, Inc.**

## **CERTIFICATE OF SERVICE**

The undersigned counsel for AD-II Engineering, Inc. hereby certifies that on August 2, 2010, a true and correct copy of the foregoing AD-II Engineering, Inc.'s Motion for Entry of Final Judgment and Exhibits A through D were filed with the Court and served electronically by the Court's CM/ECF System to all registered users as listed below:

>Robert E. Browne
>Dexter G. Benoit
>Neal, Gerber & Eisenberg LLP
>2 North LaSalle Street
>Chicago, Illinois 60602
>Telephone: 312-269-8000
>Facsimile: 312-269-1747
>(Via ECF)
>
>Richard B. Walsh, Jr.
>Frank B. Janoski
>Keith J. Grady
>Michael J. Hickey
>Lewis, Rice & Fingersh, L.C.
>500 North Broadway
>Suite 2000
>St. Louis, Missouri 63102
>Telephone: 314-444-7600
>Facsimile: 314-241-6056
>(Via ECF)

>/s/ James T. Malysiak
>One of the Attorneys for
>AD-II Engineering, Inc.